[CLOSED]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| General Electric Company, and GE Aviation Systems LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Erwin Wenti Liang, Does 1-10,<br><br>Defendants. | CASE NO. CV13-08670 DDP (CWx)<br><br>**PERMANENT INJUNCTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 65** |

The Court has reviewed the concurrently-filed Stipulation Seeking Permanent Injunction Pursuant To Federal Rule Of Civil Procedure 65 ("Stipulation") between Plaintiffs General Electric Company and GE Aviation Systems LLC (collectively, "GE"), on the one hand, and Defendant Erwin Wenti Liang ("Defendant Liang"), on the other. Pursuant to the parties' Stipulation and for good cause shown, the Court hereby issues the following Permanent Injunction Order directing Defendant Liang:

1. not to obtain, access, disclose, transmit, use, or copy any GE Intellectual Property, including GE Trade Secrets, whether in hard copy or electronic form;
2. to immediately return to GE all GE Intellectual Property, including GE Trade Secrets, in his possession, custody, or control, if any, regardless of location; and

    3. to complete his cooperation with GE in its investigation into his conduct as set forth in the Confidential Settlement Agreement between the parties.

This Permanent Injunction shall serve as a Final Judgment in this matter. Each side shall bear its own fees and costs.

**IT IS SO ORDERED**.

Dated: October 21, 2015

The Hon. Dean D. Pregerson
United States District Judge